UNITED STATES of America,
Plaintiff—Appellee,

v.

Lorenzo ADDERLY, a/k/a Kendrick A. McKenzie, a/k/a Son–Son, Defendant—Appellant.

No. 04–7905.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 27, 2005.

Decided: Feb. 7, 2005.

Lorenzo Adderly, Appellant pro se.

Stephen Wiley Miller, Office of the United States Attorney, Richmond, Virginia, for Appellee.

Before LUTTIG and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Lorenzo Adderly appeals from the district court's order denying his motion for a downward departure in his sentence. Because Adderly had no pending challenge to his sentence and no court had ordered his resentencing, we affirm the district court's determination that it lacked jurisdiction to grant the motion for a downward departure. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*